THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STORK NEWS OF AMERICA, INC. | ) | C. A. No: 05-199 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICE AND JOE ROACH d/b/a | ) | |
| BUNDLES OF JOY and DELAWARE | ) | |
| STORK NEWS | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac of Rebecca Crandall to represent Plaintiff Stork News of America, Inc. in this matter.

SEITZ, VAN OGTROP & GREEN, P.A

/s/ Kevin A. Guerke
KEVIN A. GUERKE, ESQ. (DE4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiff

Dated: April 13, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                    United States District Judge

47324 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In according with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

*/s/ Rebecca E. Crandall*
Rebecca E. Crandall
rcrandall@coatsandbennett.com
North Carolina State Bar No. 32,637
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, NC  27511
Telephone No.:  (919) 854-1844
Facsimile No.:  (919) 854-2084