AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x  ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the District of Delaware |
|---|---|
| DOCKET NO.   DATE FILED<br>05-199 KAJ      4/6/05 | 844 N. King St., Lock Box 18, Wilmington, DE 19801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Stork News of America | Patrice Roach, et al. |

| | COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | 286-625 | Design of a Stork | Stork News |
| 2 | 286-393 | Baby bundle design | Stork News |
| 3 | 286-624 | Stork and baby bundle combination | Stork News |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter T. Dalleo | | 5/27/05 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3)
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Case 1:05-cv-00199-KAJ    Document 6    Filed 05/27/2005    Page 2 of 2