THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civil File No: 1:05-CV-199

| | |
|---|---|
| STORK NEWS OF AMERICA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION OF DISMISSAL |
| ) | |
| PATRICE AND JOE ROACH d/b/a ) | |
| BUNDLES OF JOY and DELAWARE ) | |
| STORK NEWS ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stork News of America, Inc. and Defendants Patrice and Joe Roach, through undersigned counsel, hereby stipulate that this action and all claims and counterclaims asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

This the 17th day of August, 2005.

Coats & Bennett, P.L.L.C.
Attorneys for Plaintiff

By: _____
Anthony J. Biller
North Carolina State Bar No. 24,117
Rebecca E. Crandall
North Carolina State Bar No. 32,637
1400 Crescent Green, Suite 300
Cary, NC 27511
Telephone No.: (919) 854-1844
Facsimile No.: (919) 854-2084

_____
Kevin A. Guerke  (DE4096)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Telephone No.: (302) 888-0600
Facsimile No.: (302) 888-0606

The Law Firm of Dennis Bruce Phifer, P.A.
Attorneys for Defendants

By: _____
Dennis Phifer  (DE2770)
1500 Shallcross Avenue
Wilmington, DE 19806
Telephone No.: (302) 651-7999
Facsimile No.: (302) 651-7960